

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-19-00892-CV

**IN THE INTEREST OF L.M.R., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02001
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's amended second motion for extension of time to file a brief is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court